UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| EDUARDO RIVAS FERNANDEZ, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>AUTOMATED CONTROLS AND POWER, LLC/ACP, LLC,<br>Defendants. | § Docket No. 6:22-cv-00655-DDD-PJH<br>§<br>§ Jury Trial Demanded<br>§<br>§ Collective Action |

## ORDER

CONSIDERING the Consent Motion for Approval of Confidential Settlement Agreement and Release and having reviewed the civil record of these proceedings, the submissions of the parties, the Motion and the specific terms of the proposed Agreement and finding there to be a bona fide dispute of claims under the FLSA and the state laws of Puerto Rico and the U.S. Virgin Islands upon which a fair and reasonable resolution has been reached and further finding there to be good cause for the granting of the Motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Consent Motion for Approval of Confidential Settlement Agreement and Release be and is hereby in all things GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court approves all terms and conditions as set forth in the Confidential Settlement Agreement and Release which has been filed in the Civil Record under seal and said Agreement shall remain under seal.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that once resolution is effectuated, the parties shall file a Motion to Dismiss with Prejudice and proposed Final Judgment.

THUS, DONE AND SIGNED at Alexandria, Louisiana on this 24th day of May 2022.

                                                DEE D. DRELL, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT