## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**EDUARDO RIVAS FERNANDEZ**                              **CASE NO.  22-cv-655**

**-vs-**                                                                      **JUDGE DRELL**

**AUTOMATED CONTROLS**                **MAGISTRATE JUDGE PATRICK J. HANNA**
**& POWER L L C**

## JUDGMENT OF DISMISSAL

The court having been advised of the settlement of the claims existing among the parties and their joint desire to close this litigation, it is hereby

ORDERED, ADJUDGED and DECREED that all claims in the above-captioned suit are DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED at Alexandria, Louisiana this __13__ day of June 2022.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**